246

### JUDSON v. BUCKLEY et al.

District Court, S. D. New York.
Jan. 20, 1940.

———◆———

DeBevoise, Stevenson, Plimpton & Page, of New York City (William E. Stevenson, of New York City, of counsel), for plaintiff.

Prentice, Collins & Dwight, of New York City (Ezra P. Prentice and Charles S. Reilley, both of New York City, of counsel), for defendant Buckley.

HULBERT, District Judge.

The issues raised by the plaintiff's reply to the first and second counterclaims set forth in the answer of the defendant are such as entitled the defendant to a trial by jury as a matter of right. See Moore's Federal Practice, vol. 3, § 38.02, page 3009; American Mills Co. v. American Surety Co., 260 U.S. 360, 43 S.Ct. 149, 67 L.Ed. 306; Cincinnati, H. & D. R. Co. v. McKeen, 7 Cir., 64 F. 36; Union Central Life Ins. Co. v. Burger, D.C., 27 F.Supp. 554.

Plaintiff's motion to strike out demand, conceded to have been timely served, denied and defendant's motion granted. Settle order on two days' notice unless consented to as to form.

### LEE et al. v. MATHENY et al.
### Civ. A. No. 4891.

District Court of the United States for the District of Columbia.
Jan. 11, 1940.

———◆———

Ralph A. Cusick, of Washington, D. C., for plaintiff.

Mark P. Friedlander, of Washington, D. C., for defendant.

LETTS, Associate Justice.

Rule 18(b), Rules of Civil Procedure for District Courts, 28 U.S.C.A. following section 723c, is construed to apply only to cases where there are at least two distinct claims or causes of action and not to a case which involves only one cause of action which may give rise to legal or equitable relief or both.